IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00179-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER LOZOYA-SOLIS,
    a/k/a Juan Calderon-Romero
    a/k/a Javier LaSoya,
    a/k/a Jose Lazoya,
    a/k/a Javier Salcedo,
    a/k/a Carlos Martinez-Zepeda,
    a/k/a Francisco Ortiz,

    Defendant.

## MINUTE ORDER[1]

On December 16, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **March 30, 2012**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: December 16, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.