**IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                    Judge Robert E. Blackburn**

Date:                 March 30, 2012

Courtroom Deputy:     Nel Steffens
Court Reporter:       Tracy Weir
Interpreter:          Susanna Cahill
Probation Officer:    Jan Woll

---

**Criminal Action No. 11-cr-00179-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Mark Barrett

    Plaintiff,

v.

1. JAVIER LOZOYA-SOLIS,                                 La Fonda Traore
    a/k/a Juan Calderon-Romero,
    a/k/a Javier LaSoya,
    a/k/a Jose Lazoya,
    a/k/a Javier Salcedo,
    a/k/a Carlos Martinez-Zepeda,
    a/k/a Francisco Ortiz,

    Defendant.

---

### SENTENCING MINUTES

---

**10:04 a.m.**   Court in session.

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum and a revised presentence investigation report and second addendum.

Counsel for the government confirms that counsel has read the presentence reports and addenda.

Counsel for the defendant informs the court that counsel has read and discussed the presentence reports and addenda with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant declines the opportunity for allocution.

Statement by counsel for the government.

The court has considered all relevant matters of fact and law, including the following:

- The parties' plea agreement under USSG § 6B1.2, including the parties' written stipulation of facts relevant to sentencing under USSG § 6B1.4(a);
- The nature and circumstances of the offense(s) – focusing on "the real conduct" – for which the defendant is being sentenced;
- The history and characteristics of the offender;
- The authorized sentences under 18 U.S.C. § 3551;
- The presentence report and any addendum;
- The basic purposes of criminal punishment: deterrence; incapacitation; just punishment; and rehabilitation as declared in the Sentencing Reform Act of 1984;
- The purposes and goals of sentencing as prescribed by Congress at 18 U.S.C. § 3553(a)(2);
- The factors to be considered in imposing sentence pursuant to 18 U.S.C. §§ 3582(a) and 3553(a)(1)-(7);
- The constitutional and relevant provisions of the advisory USSG;
- The kinds of sentence and the sentencing range established under the USSG for the applicable category of offense committed by the applicable category of defendant pursuant to 18 U.S.C. § 3553(a)(4);
- The need to avoid unwarranted sentencing disparities by "ensuring similar sentences for those who have committed similar crimes in similar ways," *Booker*;

- The pertinent policy statements of the US Sentencing Commission;
- The need to impose sentences that satisfy the needs and requirements of 18 U.S.C. § 3553(a)(2);
- The advancement of the seminal congressional goals of honesty, uniformity, and proportionality in sentencing;
- The principle and requirement codified at 18 U.S.C. § 3553(a), to impose a sentence that is sufficient, but not greater than necessary, to achieve the congressional goals and purposes of sentencing;
- The propriety or necessity of imposing concurrent or consecutive sentences after considering the provisions of 18 U.S.C. § 3584(a) and (b);
- The position of the government, the defendant, and the probation department;
- The evidence presented, reasons stated, arguments advanced, authorities cited by the parties in their papers and during their oral argument and presentation.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1, 1a, 2, and 2a is formally approved;

2. That the **Defendant's Memorandum in Support of Objection to California Conviction as Felony Drug Trafficking Offense and Defendant's Motion for Downward Departure from Advisory Guidelines or a Sentence Variance Below the Advisory Guideline Range** [#29] filed March 16, 2012, is **DENIED**;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 1 of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twenty-one (21) months**;

5. That no term of supervised release is imposed; however, the defendant is advised that if he enters, remains, or is found in the United States illegally, or if he possesses or uses illegally a controlled substance, or if he possesses or uses a firearm, destructive device, or dangerous weapon as defined by federal law, he may be subject to further prosecution in federal court;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant is advised of the right to appeal the sentence imposed by the court.

**10:44 a.m.   Court in recess.**

Total time in court:   00:40

Hearing concluded.